IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KRAIG MCHARDY, | § |
| | § |
| Plaintiff, | § Civil Action No. 2:18-cv-14089-RLR |
| | § |
| v. | § |
| | § |
| DIVERSIFIED CONSULTANTS, INC., | § |
| | § |
| Defendant. | § |
| | § |
| | § |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN Monday, June 11, 2018 that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

Date: 11 June 2018

By: /s/ Amy L. Bennecoff Ginsburg  /s/ Alison Emery
Amy L. Bennecoff Ginsburg, Esq.  Alison Emery, Esq.
Kimmel & Silverman, P.C.  Victus Law, P.A.
30 E. Butler Avenue  3731 Hendricks Avenue
Ambler, PA 19002  Jacksonville, FL 32207
Tel: 215-540-8888  Phone: 904-497-4904
Fax: 215-540-8817  Fax: 904-458-8979
Email: teamkimmel@creditlaw.com  Email:alison@victuslaw.com

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter for approval before filing upon the following:

Alison Emery, Esq.
Victus Law, P.A.
3731 Hendricks Avenue
Jacksonville, FL 32207
904-497-4904
Fax: 904-458-8979
Email: alison@victuslaw.com

Dated: June 11, 2018                         By: /s/ Amy L. Bennecoff Ginsburg
                                             Amy L. Bennecoff Ginsburg, Esq.
                                             Kimmel & Silverman, P.C.
                                             30 E. Butler Avenue
                                             Ambler, PA 19002
                                             Tel: 215-540-8888
                                             Fax: 215-540-8817
                                             Email: teamkimmel@creditlaw.com